PROB 35

# ORDER TERMINATING SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
**vs.** ) **Docket Number: 2:00CR00296-01**
)
**EDWARD CARL ORT** )
)

On August 21, 2003, the above-named was placed on Supervised Release for a period of 5 years. Mr. Ort has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**JEFFREY C. OESTREICHER**
**United States Probation Officer**

Dated: May 8, 2008
Redding, California

**REVIEWED BY:** ______________________________
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

**Re: ORT, EDWARD CARL**
**Docket Number: 2:00CR00296-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**ORDER OF COURT**

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

5/23/2008
**Date**

/s/ John A. Mendez
**HONORABLE JOHN A. MENDEZ**
**United States District Judge**

Attachment: Recommendation
cc: United States Attorney's Office
FLU Unit, AUSA's Office
Fiscal Clerk, Clerk's Office